Pro Se 1 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Nikie King
CNA 314288

Plaintiff(s),

v.

Supreme Courts
and of FL

Defendant(s).

CASE NO. 22-CV-00579-TL
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes ☒ No

I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Nikie M. King
Street Address: 704 E. Main Street
City and County: Olanta, Florence
State and Zip Code: South Carolina 29114
Telephone Number: (561) 509-4177

COMPLAINT FOR A CIVIL CASE - 1

*Pro Se 1 2016*

1  B.    Defendant(s)

2  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an
3  individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| Field | Value |
|---|---|
| Name | Office of the Clerk: Supreme court of FL |
| Job or Title (if known) | West Palm Beach Police Dept/Boca PD |
| Street Address | 500 South Duval Street |
| City and County | Tallahassee, Jefferson |
| State and Zip Code | Florida, 32399-1927 |
| Telephone Number | (850) 488-0125 |

Defendant No. 2

| Field | Value |
|---|---|
| Name | Office of the Clerk: Supreme Court of SC |
| Job or Title (if known) | Clerk of Court |
| Street Address | P.O. Box 835 |
| City and County | Charleston, Florence |
| State and Zip Code | South Carolina 29402 |
| Telephone Number | (843) 579-1401 |

Defendant No. 3

| Field | Value |
|---|---|
| Name | Office of the Clerk: Supreme Court of FL |
| Job or Title (if known) | CAD Note Event ID No. |
| Street Address | 500 South Duval Street |
| City and County | Tallahassee, Jefferson |
| State and Zip Code | Florida, 32399-1927 |
| Telephone Number | (850) 488-0125 |

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

1  Defendant No. 4
2     Name
3     Job or Title *(if known)*
   Street Address
4     City and County
5     State and Zip Code
   Telephone Number
6

7

8               II.   **BASIS FOR JURISDICTION**

9  Federal courts are courts of limited jurisdiction (limited power). Generally, only two
10 types of cases can be heard in federal court: cases involving a federal question and cases
11 involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under
12 the United States Constitution or federal laws or treaties is a federal question case. Under 28
13 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and
14 the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of
15 citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16 What is the basis for federal court jurisdiction? *(check all that apply)*

17 ☑ Federal question         ☐ Diversity of citizenship

18 Fill out the paragraphs in this section that apply to this case.

19 A.   If the Basis for Jurisdiction Is a Federal Question

20 List the specific federal statutes, federal treaties, and/or provisions of the United States
21 Constitution that are at issue in this case.

22 • Disclosures And Discovery: subdivision (d) sequence
23 and Priority; enforcement; search + seizure; order
24 • Kidnapping case # 1440254; National of ACI U.S.

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

1  B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2        1.   The Plaintiff(s)

3             a.   If the plaintiff is an individual.

4        The plaintiff (name) __Nikie King CNA 31428__, is a citizen of the

5   State of (name) _____.

6             b.   If the plaintiff is a corporation.

7        The plaintiff, (name) __Department of Health__, is incorporated under

8   the laws of the State of (name) __Division of Medical Quality Assurance__ and has its principal

9   place of business in the State of (name) __Florida__.

10  (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

11

12       2.   The Defendant(s)

13            a.   If the defendant is an individual.

14       The defendant, (name) _____, is a citizen of the

15  State of (name) _____. Or is a citizen of

16  (foreign nation) _____.

17            b.   If the defendant is a corporation.

18       The defendant, (name) __Supreme Court of FL__, is incorporated under

19  the laws of the State of (name) __WASHINGTON DC/WA__, and has its principal

20  place of business in the State of (name) __U.S. Constitution__.

21       Or is incorporated under the laws of (foreign nation) _____,

22  and has its principal place of business in (name) __Tallahassee FL__.

23  (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

24

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.   The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

$3,000,000.00 + $1,000,000.00
National Notes of Dockets Refer to
evidentiary ~~Hearing~~ Discretion; Probate of Properties

### III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Case # 9:22-CV-80524; Orders to Show Cause; CAD Notes (Newborn baby) trent
Missing and exploited case #21-16803; 2018DP000097(FL)
U.S. Smugglin. Kidnapping case # 1440254 ; U.S. Discretion: otherstate
FL BAR Re # 22-8407

### IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Return Child(ren) and of seal(s) of Amount in Controversy. Suspend officers without pay(FL)
Negligent threaten Supreme Court of FL of Assault.

### V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

*Pro Se 1 2016*

1 | purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
2 | (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or
3 | reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so
4 | identified, will likely have evidentiary support after a reasonable opportunity for further
5 | investigation or discovery; and (4) the complaint otherwise complies with the requirements of
6 | Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/29/2022

Signature of Plaintiff

Printed Name of Plaintiff: Nikie King

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

COMPLAINT FOR A CIVIL CASE - 6