## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKIE KING,<br><br>    Plaintiff(s),<br> v.<br><br>SUPREME COURT OF FLORIDA et al,<br><br>    Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:22-cv-00579-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated July 13, 2022.

                Ravi Subramanian
                Clerk of Court

                s/Kadya Peter
                Deputy Clerk