# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NIKIE KING,<br><br>             Plaintiff,<br>   v.<br><br>SUPREME COURT OF FLORIDA et al,<br><br>             Defendants. | CASE NO. 2:22-cv-00579-TL<br><br>ORDER |

This matter comes before the Court on its own motion, upon review of the record.

On July 13, 2022, the Court dismissed this case without prejudice to refiling in another venue. Dkt. No. 10. Judgment was entered against Plaintiff Nikie King. Dkt. No. 11.

Plaintiff has since then continued to submit filings, including two supplemental filings that appear to be various court papers and receipts aimed at other courts in the District of Columbia and Florida (Dkt. Nos. 12, 13) and a new complaint (the "Amended Complaint," Dkt. No. 15). Plaintiff's filings set forth no basis for vacating or otherwise amending the Court's judgment against Plaintiff.

ORDER - 1

In any case, the Court never granted leave to amend, and this case had been closed for nearly 10 months at the time Plaintiff filed the Amended Complaint. "Where a party files an amended complaint without the right to do so, it is properly stricken by the Court." *Wilkins v. Macomber*, No. C16-475, 2022 WL 18027822, at *2 (E.D. Cal. Dec. 30, 2022) (striking amended complaint as improperly filed); *see also Chatman v. Horsley*, No. C00-2643, 2010 WL 3743637, at *3 (N.D. Cal. Sept. 17, 2010) (finding court did not err in striking amended complaint filed after the case had been dismissed, judgment had issued, and the case had closed, even if plaintiff did not receive the order of dismissal), *reconsideration denied*, 2010 WL 4225770 (N.D. Cal. Oct. 21, 2010).

Accordingly, Plaintiff's post-judgment filings (Dkt. Nos. 12, 13, 15) are hereby STRICKEN as improper. To the extent that Plaintiff wishes to raise claims that were dismissed without prejudice, she must do so in a new complaint in a new action in the proper court, which does not appear to be the Western District of Washington. This case is closed, and no further documents shall be filed in this action.

Dated this 12th day of June 2023.

Tana Lin
United States District Judge

ORDER - 2